IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **09-cv-877-JLK**

**JEFFREY M. SHEPARD,**

    Plaintiff,

v.

**PENDUM, LLC.,**

    Defendant.

## ORDER OF DISMISSAL

Kane, J.

    Upon consideration of the Stipulated Motion to Dismiss (doc. #28), filed November 30, 2009, it is

    **ORDERED** that the Motion is **GRANTED**.  This case is **DISMISSED WITH PREJUDICE**, the parties to bear their own costs and attorney fees.

    Dated this 1st day of December, 2009.

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT